The next case will be 06-5144 at Bulldog v. United States. May it please the Court, my name is Stephen Rhomes from Boston and I represent Frank Bulldog. The District Court relied on one case to support the fact that the claim had already proved before the Certificate of Innocence was obtained. That was the Veltman case from 1997 and in its conclusion the Court says, the Court concludes following Veltman that claim first accrued before the certificate was obtained. Now, it's true that that was, as he says, the one opinion on point. On his point, all the other cases went the other way. And even that case arguably isn't on point. It was a situation where there was a filing without a certificate and the Court said, well, we'll hold this. We'll stay things and let you go back and get your certificate. So it's not very good authority for the fact that it wasn't a jurisdictional issue. Then we have the Humphreys case and I'm not citing it as precedent because it's an unpublished decision of this Court. But as I understand it, I can still point to the analysis made in that case as helping us on this issue. In Humphreys, the Court, this several times. There's no dispute in that case where it's coming from in regards to that particular issue. Now, there's a District Court case of Humphreys that was upheld. Now, I think that's still good law and I can cite it. It wasn't overruled, but I think we can still look at that case and use that as precedent, although I'm not completely sure on that one. Now, as to the other cases involved on this issue, there are several beside Humphreys. You have death less versus U.S. 2001. The most fundamental requirement in the scheme is the certificate of innocence. And there's an attempt to separate out different portions of the statute to read them independently. You have the first section that outlines what's necessary to put in the complaint. And then there's another section that describes the certificate of innocence. And the government would like to separate those out and not read them together as a unit. Wasn't the government's liability here fixed when the order to release him from prison was executed? No, it wasn't for several reasons. One is that order simply said there was new evidence. There was no mention of not guilty. He simply said there's new evidence, so I'm going to vacate the conviction. But that aside, you have the certificate of innocence that's absolutely required. There's no other method of proof. All the cases talk about jurisdiction. This court would throw it out. They suggest it would have to throw it out under the precedent because it doesn't make sense not to have it jurisdictional. It's a waste of everyone's time to go in there. So they have a problem even in the beginning in relying only on that vacation by the district court judge. He didn't say he was innocent. He didn't say he didn't by his own actions not bring it about, and that's a necessary part of the claim. So he was a claim in the court. Now there's another grounds why this case should come out in our favor, and that is you have a statute that says that in 1500, that says that if you have a claim pending on the same issue in another court as we have in the U.S. District Court of Massachusetts, then you cannot file in another court, federal court. And so we couldn't have filed for some two and a half years in the Court of Claims on the compensation for wrongful conviction. But as the Court of Federal Claims pointed out, there were several periods of time during the 60-year statute of limitations window where you could have filed, where there weren't pending proceedings before the district court. But the statute has to be read together with the statute of limitations statute, and it's very specific. You cannot file during that period. So those are two years when, or at least two years when you can't file. So are you contending then that during dependency of the proceedings before the district court you add up all of that time and you tack that on to the six-year statute of limitations and you get credit for that? Because you couldn't file before, and that's what the cases say, the key case on the point. There's several cases. The Ball case from 1956 was overruled, and all the cases after that have said it does toll. So Bianchi's the most recent case from 205, Bianchi v. United States, and it states that the recent case law has trended towards the position that it does stay. And it makes sense that it does stay. The six-year statute is... Well, it would be told if there was a proceeding pending at the time, of course. That's the only way you can read Section 1500. But it doesn't necessarily mean that you tack on the period of time to where there were other proceedings pending. Well, common justice would say that you should be allowed. If you're not allowed to sue during a certain period, then you don't really have the full six years involved. Are you You're basically saying, well, we shouldn't have filed there because then we're going to lose our six years in going to the other court. No, all I'm saying is that there weren't periods of time when those proceedings were not pending when you could have filed in the Court of Federal Claims without offending Section 1500. Oh, that's correct. But I think that's a difference without a meaning. It doesn't really go to the issue. You don't have to get into the equitable issue. This is a matter of statute, reading two statutes together and interpreting those statutes. In fact, what were we supposed to do? Go into the Court of Claims claiming innocence and not being able to go into U.S. Federal Court in Massachusetts on a 1983 claim? We would have had to wait until this matter was resolved. So is it fair to take away some of the six years simply because we decided to go into the U.S. District Court first, which makes more sense, I suggest. Let me ask you about your other theory, which is this theory of constructive transport. I think I'll rest on the brief for that one. I was brief in the brief too. Well, it's possibly a good reason for you to be brief on that. So I guess I've saved five minutes for Bob. Thank you. Good morning, Your Honors, and may it please the Court. As Judge Barrett put it, all events had occurred to fix the government's liability at the time that the District Court vacated the conviction of Mr. Bullock on June 9th. Accordingly, at that point— Well, you say that all events had occurred to establish the government's liability, but the language of 1495 says that liability is established when the conviction is reversed or set aside on the ground that he is not guilty. Yes, Your Honor. On the ground that he is not guilty. Yes, Your Honor. You attach to your brief the actual order of Judge Kerr— Yes, Your Honor. —which doesn't say he wasn't guilty. It says that somebody else confessed to the bank robbery. It says the government has satisfied the Court that that somebody else did not contact Mr. Bullock. You might infer from that, you might infer from that not guilty. But what he goes on to say is, the Court has satisfied that convictions and sentences must be vacated based upon the discovery of new evidence. Newly discovered evidence doesn't mean that another prosecution cannot be attempted, does it? No, it isn't, Your Honor. However, in this case, if you read the remainder of 1495— And the record wasn't just this order. This record also included the fact that there's a habeas request, which is what led to this order. And the government's response to that included a statement that this person is factually innocent. And we know that. Is that record in this record? The one part of the record that is in this record— Then-plaintiff's complaint was a letter from the U.S. Attorney in which he quoted a portion of the government's response. Of a motion that he wrote, in which he said, exonerates the petitioner. Yes. In fact, if you look at supplemental appendix page 4, that's the appendix at the end of the government's brief in this case. But does that motion—I mean, a lot of motions are filed for reasons that are not adopted by trial courts. Indeed, Your Honor. But I think the only way to read this—and again, it's based upon the record, as is apparent from the record. And what's apparent from the record here is the trial court didn't even feel the need to have a follow-on hearing, as it had been scheduled. The government all along said, we admit, when it responded to the habeas condition, that yes, this is a person who is factually innocent. We're very sorry. Well, look, it's pretty clear that everybody thought he was innocent. But the six-day—missing the statute of six days by six days is pretty technical. It seems to me technical ought to apply to both sides here. It does, Your Honor. But again, the question is, has the government's liability been fixed? And the answer is yes, because it appears from the record that the person was, in fact, not guilty. Anybody reading this record— Somebody might infer from the record. The statute states, as appears from the record, and that is the test. And as appears from the record, it can only be read. In this case, this person was innocent, factually innocent. There's no other way to read the record when you include the whole record, which is before the district attorney. I think we understand each other at that point. Indeed you are. And, of course, in this book, I said June 9th. I think June 11th, of course, is when the district court set aside its conviction and— Upon motion of the defendant. Yes, Your Honor. It didn't do it suesponded. Absolutely not, Your Honor. Absolutely not. Upon motion, and with the government's concurrence, and with the government's, in fact, providing evidence, the support was set aside because, as you can tell from the district court's order, it stated that, oh, the government response doesn't include an affidavit. We're satisfied that the facts are such that it supports the immediate release of this individual, which is what the district court did. Accordingly, on this date, June 11th, the facts were set so the government's liability was set. It wasn't going to be larger, and at that point, following Welker and other cases, Gowaltney, for example, Mr. Bowler could have filed a complaint in the Court of Federal Claims. He would not have been successful until he had obtained a certificate of innocence, but government tells us we don't have to actually have that in our hands when we file a complaint seeking payment for an unjust conviction, as is the case here. In terms of the issue of whether or not there should be equitable stocking space, or, I'm sorry, equitable tolling, this Court has never held that Section 2501 is subject to equitable tolling. Moreover, there's good reason to believe it shouldn't be subject to it because there are exceptions, particular exceptions, for example, a person is across the seas, as is in statute, or is legally incompetent at the time to proceed. Moreover, in order to obtain the advantage of the equitable tolling, you must have followed diligently your legal matters, and there must be some sort of, as the language is, extraordinary superstance standing in the way. Section 1500 was not an extraordinary superstance standing in Mr. Bowler's way. First of all, there's no indication whatsoever that Mr. Bowler was, with help, held up by Section 1500. He didn't even cite it until the trial court, Sue Esponte, brought it up. And second of all, as Judge Linnitsch brought forward, there were several occasions and times that Mr. Bowler could have filed his lawsuit in order to cut federal claims, therefore not being able to file in 1500. So he could have pursued both, be just done in the right order, and there is no reason, no compelling reason whatsoever that it should otherwise be tolled. And that's as far as any further questions. Any comments? 2513 says that the claimant must allege and prove. And the certificate of innocence is one of the things that is required. So the statute itself is saying allege. The plaintiff would be lying to the court if he said he had a certificate of innocence when he didn't. Who knows he's ever going to get that certificate of innocence? He might believe that he's innocent, but that's not the issue. A lot of my clients believe they're innocent, and some of them are, but that's not the point. You have to have a finding by a judge to that effect. Let's take the back end of the argument that we just heard from the government counsel. The record that is before us says that the judge specified, and in his order, specified the conviction was vacated because another individual with whom Bolduc did not have conduct verifiably confessed to the commission of crimes. That doesn't all completely mean that he's exonerated, but two days before, the U.S. attorney had filed motions and the facts exonerate your client. Now, does it, with that and nothing more, I think we have nothing more of record, does that make it appear from the record that he is not guilty of the offense at which he was convicted? Well, I think you have to have a not guilty finding. That's into the statute. I mean, it's essential you have to have a declaration of not guilty. All this said was the trial, he has a right to a new trial. And as you pointed out, technicalities, that's a way of getting around the technicality. And then they want it both ways, of course. But I think that's an issue there. But the issue of the certificate of innocence, I don't know how we get around that. Humphreys, in the district court, said, or in this court, although it's not precedent, it's dismissed for lack of jurisdiction, period. There was no proper certificate of innocence. And that makes sense. Why are we wasting everyone's time? Does this court want people to file suits, every prisoner in the land, and say, I'm innocent, and I'll bring in the evidence later because it's a matter of proof? I mean, it doesn't really make sense, and the courts have recognized that. And what about death threats in 2001 from this court? The most fundamental requirement, the most fundamental requirement of the statutory scheme is that it be a certificate of innocence before that case can be entertained. Is that my time up? It's your wife's fault. Well, I'll wait a while now. And then you have the Lucas case, going back to 1981. So this isn't something that's come out of the wall just recently. And they said, you need a will not entertain a claim. And they tried to distinguish this on the grounds that, well, there was a pro se claimant, and he had established his not guilt beforehand, and this and that. But that's all the specific case, and it doesn't go to the fundamental issue. Did the claim accrue? And it accrues only when there's no obstacle to filing that claim, when everything necessary to filing the claim is in place. And there are other cases apart from this statute dealing with this issue that I've cited, where the court is not allowed to sue. For instance, if you owe a debt, you can't sue until the other side has refused to pay the debt. So I'm getting near the end of my time here. I'd also make reference to Brown. That's another case that supports our position in this regard. Thank you. Thank you very much.